# United States Court of Appeals
## For the First Circuit

Nos.  06-2479
      07-1568

YEN ZHENG ZHENG,

Petitioner,

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on October 29, 2008, is corrected as follows:

On the coverpage: Replace "Ligigation" with "Litigation"